DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM LEWIS PORTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1744

_____

December 27, 2023

Appeal from the Circuit Court for Pasco County; Gregory G. Groger,
Judge.

Howard L. Dimmig, II, Public Defender, and Emily Ross-Booker, Special
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.